# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

GLENN BUIRSE

v.                              NO. 4:06CV00013 SWW

ARKANSAS STATE POLICE

### **O R D E R**

Plaintiff having been granted leave of court to proceed in forma pauperis,

IT IS ORDERED that, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 6th day of January, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE